

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00503-CV

**CHESAPEAKE EXPLORATION, L.L.C.**, Chesapeake Operating, L.L.C., Jamestown
Resources, L.L.C., and OOGC American LLC,
Appellants

v.

**7K INVESTMENTS, LTD.**, et al.,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 16-03-00030-CVL
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: June 9, 2021

VACATED AND REMANDED

On June 29, 2020, appellants filed a notice with this court stating appellants were in
bankruptcy. *See* TEX. R. APP. P. 8. This appeal and all time periods were accordingly stayed from
the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2. This court subsequently issued
an order abating this appeal. For administrative purposes, this case was treated as a closed case,
unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate
Procedure.

On May 26, 2021, the parties filed a "Joint Motion to Vacate Judgment and Remand Pursuant to Settlement" moving this court to set aside the district court's "Corrected Final Judgment" without regard to the merits and remand the case to the district court to dismiss the claims pursuant to the parties' settlement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

We order this appeal REINSTATED, and the motion is GRANTED. We VACATE the district court's "Corrected Final Judgment" without regard to its merits and REMAND this case to the district court for rendition of judgment in accordance with the parties' settlement agreement. *See id.* Because the motion does not indicate that the parties agreed otherwise, costs are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM